Anthony A. Zmaila (NV Bar No. 2319)
Email: tony@aaznevada.com
Augusta A. Massey (NV Bar No. 11037)
Email: augusta@aaznevada.com
**ANTHONY A. ZMAILA LIMITED PLLC**
265 East Warm Springs Rd., Suite 100
Las Vegas, Nevada 89119
Telephone:   (702) 614-8800
Facsimile:   (702) 614-8700

*Attorneys for Larry L. Bertsch, Receiver*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: SOUTHWEST EXCHANGE, INC., INTERNAL REVENUE SERVICE SECTION 1031 TAX DEFERRED EXCHANGE LITIGATION, | Case No.   MDL No. 1878<br>Case No. 2:07-cv-01394-RCJ-LRL |

**ORDER GRANTING
PETITION OF RECEIVER FOR APPROVAL OF
THE INTERCREDITOR AGREEMENT AMONG
SETTLEMENT CLASS AND STATE COURT PLAINTIFFS**

Larry L. Bertsch, Receiver (the "Receiver") petitioned this Court for Approval of the Intercreditor Agreement, among Settlement Class and State Court Plaintiffs ("Petition") on November 24, 2010. Dkt. 275. Pursuant to Local Rule 7-2(b), oppositions to the Petition were due on or before December 13, 2010. No party in interest filed an opposition. Pursuant to Local Rule 7-2(d), failure to file an opposition is a consent to the granting of the Petition. The Petition is ripe for adjudication.

**IT IS ORDERED** that,

1. The Petition of Receiver for Approval of the Intercreditor Agreement among Settlement Class and State Court Plaintiffs is granted in its entirety.

2. The Intercreditor Agreement, attached to the Petition, is approved in its entirety.

3. The following parties are bound by the Intercreditor Agreement:

   a) Southwest Exchange, Inc., Qualified Exchange Services, Inc., Capital Reef Management Corp. and all other entities which were the subject of a Receivership (the

- 1 -

05008-13.001/531090

Receivership Entities") in *In Re: Receivership of Southwest Exchange, Inc. and Consolidated Litigation,* Case No. 07-A-535439-B in the Eighth Judicial District Court of the State of Nevada in and for the County of Clark (the "State Court Action").

  b) All plaintiffs in the State Court Action, who are not members of the Settlement Class (the "State Court Plaintiffs").

  c) The Settlement Class as defined in *In Re: Internal Revenue Service § 1031 Tax Deferred Exchange Litigation,* MDL Docket No. 1878, Case No. 2:07-cv-01394-RCJ-(LRL), pending in the United States District Court for the District of Nevada (the "Federal Class Action").

4. The State Court Plaintiffs and the Settlement Class are hereby ordered to exercise their best efforts at all times to:

  a) Cooperate with each other and the Receiver in their collection efforts on the State Court Judgment and the Class Action Judgment.

  b) Coordinate the use of post judgment remedies so that both the State Court Plaintiffs and the Settlement Class may take the same advantage of the selected remedy at the same time, whether by recordation in a foreign jurisdiction, execution, judgment debtor examination, appointment of a receiver, or otherwise, and neither gains an advantage by way of time or priority over the other.

  c) Deposit all collections and recoveries derived from any source from post judgment remedies or similar collection efforts into the Southwest Exchange Qualified Settlement Fund.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

05008-13.001/531090

5. The Court retains jurisdiction over disputes arising out of the Intercreditor Agreement.

6. The Court retains jurisdiction over disputes involving the Intercreditor Agreement.

DATED this 4th day of February, 2011.

*[signature]*

THE HONORABLE ROBERT C. JONES
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

**ANTHONY A. ZMAILA LIMITED PLLC**

---

Anthony A. Zmaila (NV Bar No. 2319)
Augusta A. Massey (NV Bar No. 11037)
265 East Warm Springs Rd., Suite 100
Las Vegas, Nevada 89119
Telephone: (702) 614-8800
Facsimile: (702) 614-8700
Email: tony@aaznevada.com

*Attorneys for Larry L. Bertsch, Receiver*

05008-13.001/531090