# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: SOUTHWEST EXCHANGE, INC., INTERNAL REVENUE SERVICE § 1031 TAX DEFERRED EXCHANGE LITIGATION<br><br>Sorrell, et al. v. Southwest Exchange, Inc., et al. | MDL Docket No. 1878<br>Case No. 07-CV-01394-RCJ-(LRL)<br><br>**JUDGMENT FOR $41,341,028 AGAINST DONALD K. MCGHAN** |

Pursuant to the Confession of Judgment by defendant Donald K. McGhan, the Court Orders the entry of Judgment as follows:

Judgment for $41,341,028 is hereby entered against Donald K. McGhan in favor of Plaintiffs Jon and Marie Sorrell, as Trustees of the Jon and Marie Sorrell Trust (as Class Representatives of the Sorrell Plaintiffs). Interest on the Judgment shall accrue at the statutory rate from the date of entry of Judgment.

IT IS SO ORDERED.

Dated: This 14th day of July, 2011.

_____
HON. ROBERT C. JONES
United States District Court Judge