# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| IN RE: SOUTHWEST EXCHANGE, INC., INTERNAL REVENUE SERVICE § 1031 TAX DEFERRED EXCHANGE LITIGATION, | MDL Docket No. 1878 <br><br> 2:07-cv-01394-RCJ-VCF <br><br> **O R D E R** |
| Sorrell, et al., v. Southwest Exchange, Inc., et al., | |

This case has been assigned to the undersigned Magistrate Judge by random draw. Because his impartiality might reasonably be questioned, the undersigned must recuse himself from the above entitled and numbered case. 28 USC § 455 Code of Conduct for United States Judges, Canon 3(C)(1). Accordingly, this matter is hereby referred to the Clerk of Court for random reassignment to another Magistrate Judge.

IT IS SO ORDERED.

DATED this 3rd day of November, 2011

**CAM FERENBACH**
**UNITED STATES MAGISTRATE JUDGE**