# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: Southwest Exchange, Inc., Internal Revenue Service §1031 Tax Deferred Exchange Litigation, MDL No. 1878 | 2:07-cv-01394-RCJ-GWF<br><br>**ORDER** |

This multi-district case has been pending since 2007. The Court has approved several settlements and stipulated dismissals. The last filing by any party was a notice filed in April 2011. The Court warned the parties by minute order in March 2012 that unless any party objected within thirty days, it would close the case for failure to prosecute. Plaintiff Jon R. Sorrell filed a motion twenty-eight days later asking the Court to keep the case open so that counsel could "complete certain tasks in the matter." Counsel promised to update the Court quarterly on the nature and status of those required tasks but has not done so. The Receivers filed a report in June 2012 for the period ending December 31, 2011 but did not ask the Court to take any action. The Court will dismiss. The Court of course retains jurisdiction to enforce its previous orders.

///

///

///

///

///

**CONCLUSION**

IT IS HEREBY ORDERED that the Motion to Keep Case Open (ECF No. 287) is DENIED.

IT IS FURTHER ORDERED that the case is DISMISSED for lack of prosecution, and the Clerk shall close the case, accordingly.

IT IS SO ORDERED.

Dated this 26th day of April, 2013.

_____
ROBERT C. JONES
United States District Judge