# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

IN RE: Southwest Exchange, Inc., Internal Revenue Service §1031 Tax Deferred Exchange Litigation, MDL No. 1878

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:07-cv-01394-RCJ-GWF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

The Receiver was previously authorized to pay Hollister & Brace $8885.77 in costs and a 25% contingency fee of $231,576.17 out of the Immediate Funds contributed pursuant to the Carolina/RSUI settlement. The Receiver is now authorized and directed to pay Hollister & Brace $6789.29 in litigation costs incurred from May 2010 through February 2013 and a 25% contingency fee of $217,136.85. The remaining funds of $651,410.56 shall be distributed to the Plaintiffs and class members by the Receiver in accordance with the Wave V Settlement Agreement.

April 26, 2013 /s/ Lance S. Wilson
Date                                         Clerk

/s/ Summer Rivera
(By) Deputy Clerk