Gisele Goetz (CA Bar No. 119751)
**HOLLISTER & BRACE, APC**
200 East Carrillo Street, Suite 100
Santa Barbara, CA 93101
Telephone: (805) 963-6711, Ext. 211
Email:   gmgoetz@hbsb.com

*Attorneys for Sorrell Plaintiffs and
the Settlement Class*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: SOUTHWEST EXCHANGE INC., INTERNAL REVENUE SERVICE § 1031 TAX DEFERRED EXCHANGE LITIGATION<br><br>Sorrell, et al. v. Southwest Exchange, Inc., et al. | MDL Docket No. 1878<br>Case No. 07-cv-01394-MMD-GWF<br><br>**ORDER OF FINAL DISCHARGE OF HOLLISTER & BRACE RE DISTRIBUTION OF RECOVERED FUNDS AND CLOSING CASE**<br><br>**Hearing Date:**  N/A<br>**Time:**  N/A<br>**Courtroom:**  *N/A*<br>**Judge:**  Hon. Miranda M. Du |

The Court being advised, and as evidenced by the filing of the Notice of Compliance With Order Authorizing Distribution of Funds by Hollister & Brace, APC, attorneys for Sorrell Plaintiffs and the Settlement Class, that in accordance with the Order Authorizing: Distribution of Funds Recovered from Defendant Kincaid to Class Members; Plan of Distribution; Attorneys' Fees and Reimbursement of Costs (the "Order"), the Kincaid Judgment funds in the total amount of $314,817.64 have been paid as provided by the Order, and all other acts lawfully required with respect to the funds and Order have been performed, now good cause appearing,

/ / /

1

1     **IT IS HEREBY ORDERED** that Hollister & Brace, APC, has fully and faithfully performed the duties set forth in the Order and that the Kincaid Judgment funds are declared to be fully distributed, settled and closed and Hollister & Brace, APC is discharged from any further obligations regarding the Kincaid Judgment funds and that the Matter, opened for the limited purpose of distribution of the Kincaid Judgment under the Court's retained powers, is hereby closed.

Dated: July 1, 2025.

_____
MIRANDA M. DU,
UNITED STATES DISTRICT JUDGE

Prepared and submitted by:

HOLLISTER & BRACE, APC

By _____
    Gisele M. Goetz,
(California State Bar No. 119751)
200 E. Carrillo Street, Suite 100
Santa Barbara, CA 93101

Attorneys for Sorrell Plaintiffs and the Settlement Class